### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FILED: AUGUST 25, 2008
08CV4831
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER
YM

|  |  |
|---|---|
| **7SEARCH.COM, INC.,** | ) |
| Plaintiff, | ) |
| v. | ) **Civil Action No. _____** |
| **MCAFEE, INC.,** | ) |
| Defendant. | ) |

### COMPLAINT

Plaintiff, 7Search.com, Inc. ("7Search"), through its undersigned counsel, hereby sets forth its Complaint against Defendant, McAfee, Inc. ("McAfee"), and alleges as follows:

### NATURE OF ACTION

This is an action for unfair business practices, under Section 43 of the Lanham Act, 15 U.S.C. §1125(a), Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.*, Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq.*, and common law business defamation, trade disparagement and unfair competition, stemming from Defendant McAfee's false, deceptive, confusing and/or misleading statements and representations, in commerce, regarding 7Search's reputation, software products, services and/or websites.

### Parties

1.      7Search.com, Inc. is a corporation organized under the laws of the State of Illinois, with its principal place of business at 3960 N. Avondale Avenue, Chicago, IL 60641.

2.    Upon information and belief, McAfee, Inc. is a corporation organized under the laws of the State of Delaware, with its principal place of business at 3965 Freedom Circle, Santa Clara, California  95054-1203.

### Jurisdiction And Venue

3.    This civil action arises under the Trademark Act of 1946 (15 U.S.C. et seq.) and sets forth claims for false or misleading representations of fact (15 U.S.C. § 1125), as well violations of the Illinois Consumer Fraud and Deceptive Business Practices Act and Illinois Uniform Deceptive Trade Practices Act, under 815 ILCS 510/1 et seq., 815 ILCS 505/1 et. seq., and claims for business defamation, trade disparagement and unfair competition under Illinois common law.

4.    This Court has jurisdiction over this action under 28 U.S.C. § §1331 and 1338.  In addition, the Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) in that the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states. This Court also has supplemental jurisdiction of claims arising under state law pursuant to 28 U.S.C. §§1338(b) and 1367.

5.    This Court has personal jurisdiction over McAfee pursuant to, among others, 735 ILCS 5/2-209, in that McAfee has committed the acts complained of herein in this district, and/or transacts business within this district.

6.    Venue in this judicial district is proper under 28 U.S.C. §1391 because McAfee has caused tortious injury in, is subject to personal jurisdiction in, and may be found in, this judicial district.

### Facts Common To All Claims

7.    7Search.com, Inc. has been in business since 1999, operating 7Search.com, a leading pay-per-click search engine that provides thousands of Web entrepreneurs with an

economical and measurable opportunity to obtain Internet traffic and generate revenue through their online presence.

8.      Upon information and belief, McAfee has registered the domain name siteadviser.com, and operates and controls a website accessible through the address http://www.siteadviser.com.

9.      McAfee offers through its www.siteadviser.com website what it terms its "web safety tool", namely,   its "SiteAdvisor" and "SiteAdvisor Plus" software programs.  Through these software programs, available through McAfee's internet sites, including www.siteadviser.com, McAfee names and classifies what it perceives to be Internet security threats (such as adware, spyware, viruses, worms, unauthorized intrusions, "potentially unwanted programs" etc.) detected on a software program being operated by a computer user.  McAfee's software  then advises such user of the potential level of risk created by such perceived security threats.  McAfee, through McAfee SiteAdvisor, names and classifies both third party websites and software downloads available on those sites.

10.     At the SiteAdvisor.com website, McAfee's "Terms of Service" states that it tests websites, downloadable programs, and registration/signup forms using a variety of automated and manual techniques. The results of its tests are reported in various summary and detailed formats on the website and via the company's software products. On its website, McAfee claims that its test results are supplemented with feedback from their users, comments from Web site owners, and analysis from its own employees. McAfee additionally claims on its site that its software summarizes its safety results by using red, yellow and green ratings. See McAfee SiteAdvisor Terms of Service and additional pages from SiteAdvisor.com, attached as **Exhibit A.**

11.     McAfee's SiteAdvisor.com website has an "Analysis" tab where users can enter website addresses and find out what rating has been given to that site by McAfee.  McAfee also displays at this location various information about the safety and reputation of third party sites. See copy of Analysis Page for 7Search.com, as an example, attached as **Exhibit B.**

12.     Since at least September, 2007 McAfee, through its SiteAdvisor product, has employed a rating system that rates third-party websites with green, yellow or red ratings. McAfee provides these color-coded ratings for websites accessed through a browser or through links in e-mails or instant messaging.

13.     McAfee SiteAdvisor is a popular product and widely in use throughout the United States, including in Illinois.  It is used as part of a user's browser extension.

14.     When a user accesses a website, which has been flagged with a red rating, or any site linking to any of these sites, the user sees a Red "X" Warning (red rating), as illustrated below:



15.     McAfee does not publicly provide definitions for its green, yellow or red rating, nor does it provide information on the exact criteria used for determining a site's rating, or the process through which its ratings are created.

16.     On or about September, 2007, McAfee began offering its SiteAdvisor and SiteAdvisor Plus Toolbars to the public. These Toolbars are widely used by computer users throughout the United States, including Illinois, and they display  McAfee's purported rating of a web site when a computer user who has the Toolbar accesses a particular site.

17.     On or about September, 2007, everyone who had either of these popular McAfee toolbars began automatically seeing McAfee's rating of the 7Search.com website.

18.     Since at least as early as September, 2007, McAfee SiteAdvisor has rated the site 7Search.com with a red rating, suggesting it is a detected Internet security threat, and stating that, "Feedback from credible users suggests that downloads on this site may contain what some people would consider adware, spyware, or other potentially unwanted programs".

19.     Prior to 2003, 7Search offered a download called the 7FaSST Search Toolbar, which users could install after reading and agreeing to a EULA that fully explained the functionality of the toolbar. This download could be uninstalled from the Add/Remove program interface. The 7FaSST Search Toolbar allowed users to search the Internet from their browser and to see "One-Click SiteDetails" about the open site including, *inter alia*, site age, associated e-mail and physical addresses, popularity, date of last update and website traffic ranking numbers. This toolbar has not been promoted or available for download since 2003.

20.     Since at least 2003 there have been no direct downloads available on the 7Search.com site.

21.      McAfee's SiteAdvisor.com site states that 7Search.com lists no negative test results from McAfee's own e-mail and download tests, and no annoyances are listed. Currently, the  7Search.com  site is described as "linked to green sites."  Therefore, the basis for the red rating appears to be either due to reviews of third-parties unaffiliated with McAfee, or criteria used by McAfee SiteAdvisor that is undisclosed to the public.

22.     The statement on McAfee's site that "Feedback from credible users suggests that downloads on this site may contain what some people would consider adware, spyware, or other

potentially unwanted programs" is false and/or misleading because there are no downloads available on McAfee's site.

23.    When a user with the McAfee SiteAdvisor Toolbar accesses a search results list that includes 7Search.com, or accesses the 7Search.com website itself, it receives a "use caution" warning, as well as a large "red rating" pop-up blocker that states: "When we tested this site, we found downloads that some people consider adware, spyware, or other potentially unwanted programs" and forces the user to click on either "allow" or "block" in order to proceed. See copy of screenshots attached as **Exhibit C.**

24.    McAfee continues to incorrectly and falsely advise the public that 7Search.com contains downloads that are adware, spyware, or other potentially unwanted programs, when it is aware that there is no software on that site at all.

25.    On October 1, 2007, 7Search gave written notice to McAfee concerning 7Search's objections to the misrepresentations of facts being made and published by McAfee concerning the 7Search.com website. A copy of 7Search's notice to McAfee is attached hereto as **Exhibit D**.

26.    By way of that notice, as well as its subsequent protests, 7Search demanded, *inter alia,* that McAfee promptly delete from its website all references to 7Search.com providing software that is "adware, spyware or viruses" and change its red rating to a green rating for 7Search.com.

27.    Rather than comply with 7Search's requests, McAfee has continued to willfully and knowingly publish the false and/or misleading statements concerning 7Search, its reputation, products, services and/or 7Search's website.

28.     7Search's business is being injured by McAfee's false and misleading representations regarding 7Search's reputation, business, products and services and it is clear that only judicial intervention will allow 7Search to obtain the relief it requires.

29.      McAfee's explicit or implicit classification of 7Search's 7Search.com website is false, deceptive, confusing and/or misleading and is inconsistent with industry standards.

30.     McAfee has recently partnered with Yahoo! for a product called SearchScan, which shows users when sites are considered to have dangerous downloads. When 7Search.com shows up in a computer user's Yahoo! search results, the website link is marked with the statement, "Use Caution", thereby deterring users from going to 7Search's website. This statement is false, deceptive, confusing and/or misleading and is being generated as a direct result of McAfee's improper negative rating of the 7Search.com website. A screenshot of the warning is attached as **Exhibit E.**

31.     McAfee, in conjunction with Yahoo!, has further interfered with 7Search's business and client relations by flagging 7Search's e-mail with a warning. When e-mails are sent by or through 7Search.com, they are marked by McAfee with a prominent red warning banner which states that e-mails from 7Search.com contain "potentially unsafe" links to 7Search.com. A copy of such an e-mail is attached as **Exhibit F**.  This statement and the warning banner and flag are false, deceptive, confusing and/or misleading.

32.     Customers of 7Search who have opened accounts with 7Search.com have later terminated that business relationship as a result of seeing McAfee's false, deceptive, confusing and/or misleading statements and representations about 7Search.com.  Thus, 7Search has lost business and has suffered injury as a direct result of McAfee's false statements about 7Search's products and services.

## COUNT I
### (Section 43 of the Lanham Act)

33.     7Search hereby realleges and incorporates by reference each of the allegations set forth in Paragraph 1 through 0, as though fully repeated herein.

34.     McAfee's explicit and/or implicit representations that 7Search.com contains software that is adware, spyware, contains viruses or is otherwise a potentially unwanted program, are false, deceptive, confusing and/or misleading descriptions or representations of material fact which constitute a willful and intentional misrepresentation of the nature, characteristics, or qualities of 7Search's reputation, products and services, and impugn the quality of those goods and services, all in violation of Section 43(a) of the Lanham Act (15 U.S.C. §1125(a)).

35.     McAfee's knowingly false, deceptive, confusing and/or misleading statements are material and have caused, or are likely to cause, injury and harm to the commercial interests of 7Search.

36.     McAfee's false, deceptive, confusing and/or misleading statements and misrepresentations have been published in interstate commerce and widely disseminated to the relevant purchasing public.

37.     McAfee's false, deceptive, confusing and/or misleading descriptions or representations of fact regarding 7Search and 7Search's reputation, goods and services have been used by McAfee during the commercial advertising or promotion of McAfee's goods and services, including, but not limited to, misrepresentations made on McAfee's website SiteAdvisor.com and on the computers of customers who have downloaded McAfee's SiteAdvisor and SiteAdvisor Plus Toolbar and/or other software products.

38.    McAfee has misrepresented and falsely and misleadingly described, in commerce and through commercial communications, the nature, characteristics, properties and qualities of 7Search's reputation, goods and services to others.

39.    McAfee's misrepresentations and false and misleading descriptions of facts to others regarding 7Search's reputation, goods and services are material and are likely to influence 7Search's customers' and others' purchasing decisions or are likely to cause confusion or mistake.

40.    Upon information and belief, McAfee's false, deceptive, confusing and/or misleading statements and representations have been, and continue to be, willful.

41.    McAfee's actions and misrepresentations have caused, and continue to cause, damages to 7Search, in an amount to be determined at trial.  McAfee's actions and misrepresentations has caused irreparable injury to 7Search, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, 7Search will continue to suffer irreparable injury because of McAfee's actions and misrepresentations.  7Search has no adequate remedy at law.

### COUNT II
### (Violation of Illinois Consumer Fraud and Deceptive Business Practices Act - 815 ILCS 505/1 et seq.)

42.    7Search hereby realleges and incorporates by reference each of the allegations set forth in Paragraphs 1 through 41, as though fully repeated herein.

43.    McAfee's false, deceptive, confusing and/or misleading statements and ratings regarding 7Search's reputations, products and/or website appear on McAfee's SiteAdvisor.com website, which is available and accessed by the general public, including those in Illinois, as well as on the computer screens of anyone's computer that has downloaded McAfee's SiteAdvisor

software product onto their computer, and/or in e-mails sent from 7Search.com to its own clients and, therefore, involves trade practices that are directed to the market generally.

44.    McAfee's misrepresentations and false and misleading descriptions of facts to others regarding 7Search's reputation, goods and services are material and are likely to influence 7Search's customers' and others' purchasing decisions or are likely to cause confusion or mistake.

45.    McAfee's false, deceptive, confusing and/or misleading statements and/or representations involve trade practices that are directed to the market generally and its distribution and publication of false, deceptive, confusing and/or misleading statements to the public involve a consumer protection concern.

46.    Upon information and belief, McAfee's false, deceptive, confusing and/or misleading statements and representations have been, and continue to be, willful.

47.    McAfee has engaged in unlawful and unfair business practices and has conducted untrue, unfair, deceptive and misleading advertising which has injured, and threatens to continue to injure, the business, reputation and property of 7Search.  Such commercial conduct on the part of McAfee amounts to deceptive business practices under 815 ILCS 505/1 et seq. and for which 7Search is entitled to actual and punitive damages, an injunction, as well as its reasonable attorneys fees and costs.

48.    McAfee's actions and misrepresentations have caused, and continue to cause, damages to 7Search, in an amount to be determined at trial.  McAfee's actions and misrepresentations has caused irreparable injury to 7Search, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, 7Search will continue to

suffer irreparable injury because of McAfee's actions and misrepresentations. 7Search has no adequate remedy at law.

## COUNT III
### (Violation of Illinois Uniform Deceptive Trade Practices Act - 815 ILCS 510/1 et seq.)

49.     7Search hereby realleges and incorporates by reference each of the allegations set forth in Paragraphs 1 through 48, as though fully repeated herein.

50.     McAfee has engaged in deceptive trade practices during the course of its business by disparaging the goods, services and business of 7Search by making, displaying and disseminating false, deceptive, confusing and/or misleading representations of fact regarding 7Search's reputation, products, website, services and the company's business in general.

51.     McAfee has knowingly and willfully engaged in the false or misleading representation of fact regarding 7Search's reputation, goods, services or business by making, displaying and disseminating such false, deceptive, confusing and/or misleading representations of fact with knowledge of their false and/or misleading nature, and even after the false and/or misleading nature of their statements were called to their attention.

52.     McAfee's misrepresentations and false and misleading descriptions of facts to others regarding 7Search's reputation, goods and services are material and are likely to influence 7Search's customers' and others' purchasing decisions or are likely to cause confusion or mistake.

53.     7Search has been damaged or is likely to be damaged by McAfee's deceptive trade practices.

54.     Such commercial conduct on the part of McAfee amounts to willful deceptive trade practices under 815 Illinois Compiled Statutes 510, §§1 et seq. and for which 7Search is

entitled to injunctive relief, as well as costs and attorneys' fees under 815 ILCS 510/3 of the

Illinois Compiled Statutes.

55.    McAfee's actions and misrepresentations have caused, and continue to cause,

damages to 7Search, in an amount to be determined at trial.  McAfee's actions and

misrepresentations has caused irreparable injury to 7Search, and unless and until McAfee's

continuing actions and misrepresentations are enjoined by this Court, 7Search will continue to

suffer irreparable injury because of McAfee's actions and misrepresentations.  7Search has no

adequate remedy at law.

## COUNT IV
### (Business Defamation)

56.    7Search hereby realleges and incorporates by reference each of the allegations set

forth in Paragraphs 1 through 55, as though fully repeated herein.

57.    McAfee's false, deceptive, confusing and/or misleading red ratings and the false,

deceptive, confusing and/or misleading written statements made and/or posted on its

SiteAdvisor.com website have impeached the integrity and reputation of 7Search, thereby

damaging 7Search's reputation and have deterred third parties from dealing with 7Search

because of McAfee's false and/or misleading statements.

58.    McAfee's false, deceptive, confusing and/or misleading statements are defamatory

per se and damaging to 7Search.

59.    Such commercial conduct on the part of McAfee amounts to willful business

defamation under Illinois common law and for which Plaintiff is entitled to actual and/or

compensatory damages and injunctive relief.

60.    McAfee's actions and misrepresentations have caused, and continue to cause,

damages to 7Search, in an amount to be determined at trial.  McAfee's actions and

misrepresentations has caused irreparable injury to 7Search, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, 7Search will continue to suffer irreparable injury because of McAfee's actions and misrepresentations. 7Search has no adequate remedy at law

## **COUNT V**
## **(Trade Disparagement)**

61.     7Search hereby realleges and incorporates by reference each of the allegations set forth in Paragraphs 1 through 60, as though fully repeated herein.

62.     McAfee's false, deceptive, confusing and/or misleading red ratings and the false, deceptive, confusing and/or misleading statements and representations of fact made and/or posted on its SiteAdvisor.com website have impugned the goods and/or services offered by 7Search.

63.     McAfee's false, deceptive, confusing and/or misleading statements are defamatory per se and have disparaged 7Search's business reputation, and goods and services.

64.     Such commercial conduct on the part of McAfee amounts to willful trade disparagement under Illinois common law and for which 7Search is entitled to damages and injunctive relief.

65.     McAfee's actions and misrepresentations have caused, and continue to cause, damages to 7Search, in an amount to be determined at trial. McAfee's actions and misrepresentations has caused irreparable injury to 7Search, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, 7Search will continue to suffer irreparable injury because of McAfee's actions and misrepresentations. 7Search has no adequate remedy at law.

<u>**COUNT VI**</u>
**(Common Law Unfair Competition)**

66.     7Search hereby realleges and incorporates by reference each of the allegations set forth in Paragraphs 1 through 32, as though fully repeated herein.

67.     McAfee has misrepresented and falsely and misleadingly described, in commerce and through commercial communications, the nature, characteristics, properties and qualities of 7Search's reputation, goods and services to others.

68.     McAfee's misrepresentations and false and misleading descriptions of facts to others regarding 7Search's reputation, goods and services are material and are likely to influence 7Search's customers' and others' purchasing decisions or are likely to cause confusion or mistake.

69.     McAfee's misrepresentations and false and misleading descriptions of facts to others relating to 7Search's reputation, goods and services constitute unfair competition under the common laws of the State of Illinois.

70.     McAfee's actions and misrepresentations have caused, and continue to cause, damages to 7Search, in an amount to be determined at trial.  McAfee's actions and misrepresentations has caused irreparable injury to 7Search, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, 7Search will continue to suffer irreparable injury because of McAfee's actions and misrepresentations.  7Search has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff 7Search.com, Inc. respectfully requests that this Court enter a judgment against McAfee, Inc. as follows:

A.      declaring that McAfee's statements and representations regarding 7Search's reputation, business, goods and/or services as being a security threat or otherwise harmful or potentially unsafe are false, deceptive, confusing and/or misleading;

B.      ordering McAfee to remove all statements and representations regarding 7Search's reputation, business, goods and/or services as being a security threat or otherwise harmful or potentially unsafe from all services, products, and/or websites owned and/or operated by McAfee;

C.      ordering McAfee to change its ratings of 7Search's reputation, business, goods and/or services from all services, products, and/or websites owned and/or operated by McAfee to a "green rating";

D.      preliminarily and permanently enjoining McAfee from:

a.      making or publishing false, deceptive, confusing and/or misleading statements about 7Search and its reputation, software products and services; and

b.      mischaracterizing or disparaging 7Search or its reputation, software or websites.,

E.      that the Court grant a mandatory injunction requiring McAfee, Inc. and all others acting in privity with it, or in concert with it, to:

a.      Designate 7Search's 7Search.com website with a green rating as long as those sites continue to function and have the same general attributes as they currently possess.

b.      Provide definitions on its SiteAdvisor.com website that explain what its green, yellow and red ratings mean;

c.      Provide explanations on its SiteAdvisor.com website that detail all of the criteria that is used in determining its green, yellow and red ratings and how those factors are weighted; and

d.      Provide different classifications for harmless but potentially unwanted programs, trackware, adware, spyware, viruses and other harmful programs such that programs that are not truly harmful, are not placed in the same category as harmful software thereby misleading the public as to the characteristics of the subject software or website.

F.      require McAfee SiteAdvisor to remove from its website any third-party reviews that contain false or misleading information once the false or misleading nature of the comment has been called to its attention and demonstrated to be false;

G.      grant an award to 7Search, pursuant to 15 U.S.C. §1117(a), of its actual damages, based on an accounting of McAfee's profits, to compensate 7Search for the harm and damage resulting from McAfee, Inc.'s acts complained of herein;

- 16 -

H.      ordering McAfee to pay 7Search the damages that it has incurred as a result of the acts complained of herein, including, but not limited to, an award to 7Search of its lost profits, sales and reputational harm as a result of the acts complained of herein;

I.      ordering McAfee to pay 7Search its interest, costs and expenses of this action, and its reasonable attorneys' fees, as a result of the acts complained of herein; and

J.       awarding 7Search any other relief that this Court deems just and fit.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), 7Search.com, Inc. demands a trial by jury of all issues triable of right by a jury.

DATED:  August 25, 2008                    Respectfully submitted,

                                          7SEARCH.COM, INC.


                                          By:   s/ Joseph R. Lanser
                                                     One of Its Attorneys

Attorneys for Plaintiff:

Joseph R. Lanser
Jeffrey P. Swatzell
SEYFARTH SHAW LLP
131 South Dearborn Street, 24th Floor
Chicago, Illinois  60603-5577
Telephone: 312-460-5000
Facsimile: 312-460-7000
Email: jlanser@seyfarth.com

Of Counsel:

Nicole M. Meyer, Esquire
Samuel D. Littlepage, Esquire
DICKINSON WRIGHT PLLC
1901 "L" Street, N.W., Suite 800
Washington, D.C. 20036-3506
Telephone:    (202) 457-0160
Facsimile:    (202) 659-1559
Email:  nmeyer@dickinsonwright.com

# EXHIBIT

# A

08CV4830
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN
YM

When starting the installation process, user sees the following:



Use must select the "I accept the terms in the License Agreement" check box before "Next >" button becomes enabled.



After clicking the Next> button, user sees the following screen:



Use must check the "I understand and want to install BrowserAccelerator" before, the "Install" button becomes enabled.



# BELOW IS THE CURRENT EULA FROM WITHIN THE BROWSERACCELERATOR INSTALLER APPLICATION

### WHAT IS THE PURPOSE OF BROWSER ACCELERATOR?

BROWSER ACCELERATOR IS A TOOLBAR THAT PROVIDES VARIOUS SERVICES TO ITS USERS WHILE COLLECTING DATA FROM THOSE USERS REGARDING THE WEBSITES THEY VISIT.  THE

"RAW" WEBSITE DATA GATHERED BY BROWSER ACCELERATOR IS ANALYZED TO DETERMINE WHICH WEBSITES WERE VISITED MOST OFTEN. ONCE A MONTH, THE DATA IS AGGREGATED AND GIVEN TO THE WEBSITE "RANKING.COM" FOR USE IN RATING HOW POPULAR A WEBSITE IS. RANKING.COM ONLY USES THE DATA TO DETERMINE THE AMOUNT OF TRAFFIC TO A PARTICULAR WEBSITE. ONCE AGGREGATED, ALL PERSONAL WEBSITE USAGE OR INFORMATION IS DESTROYED. BROWSER ACCELERATOR DOES **NOT** SPEED-UP YOUR BROWSER. IT MAY INCREASE THE EFFICIENCY OF YOUR INTERNET EXPERIENCE AND REDUCE THE TIME IT TAKES TO RETRIEVE INFORMATION BY PROVIDING YOU WITH VARIOUS TOOLS AND DATA.

READ THE FOLLOWING PRIVACY POLICY AND TERMS OF USE AGREEMENT CAREFULLY BEFORE DOWNLOADING AND INSTALLING THE BROWSER ACCELERATOR TOOLBAR. IF YOU DOWNLOAD AND INSTALL THIS SOFTWARE, YOU WILL BE BOUND BY THE TERMS OF THIS AGREEMENT AND YOU AKNOWLEDGE THAT YOU READ AND UNDERSTAND THE PRIVACY POLICY.

## PRIVACY POLICY

### WHAT INFORMATION DOES BROWSER ACCELERATOR WANT TO COLLECT?

BROWSER ACCLELERATOR SOFTWARE GATHERS AND STORES INFORMATION ABOUT THE WEB PAGES YOUR BROWSER VIEWS, INCLUDING BUT NOT LIMITED TO: THE DATE AND TIME; YOUR BROWSER INFORMATION; YOUR UNIQUE BROWSER ACCELERATOR IDENTIFIER; THE URL OF THE WEB PAGE YOU VISITED; THE DURATION OF TIME SPENT ON EACH URL; THE IP ADDRESS THAT YOUR INTERNET SERVICE PROVIDER PROVIDED FOR YOU; AND THE SEARCH FIELD ENTRIES. All of this information for each web page visited is stored in a single string of data in date/time order.

### DOES BROWSER ACCELERATOR COLLECT ANY OTHER OF MY INFORMATION?

BROWSER ACCERLERATOR MAY COLLECT ANY UNSECURE INFORMATION YOU ENTER ON THE WEB PAGE. PERSONALLY IDENTIFIABLE INFORMATION MAY BE INADVERTENTLY GATHERED WHILE YOU ARE VISITING "UNSECURE" (i.e. not HTTPS) WEBSITES.

### HOW COULD BROWSER ACCELERATOR "INADVERTENTLY" GATHER MY PERSONAL INFORMATION?

Browser Accelerator collects all the URL information of the web sites you visit. You may be on a trusted website when you enter personally identifiable information. That website may incorporate some or all of the information you submit into the URL (usually as parameters after the "?") for the next page at which you arrive. Browser Accelerator captures that URL. Browser Accelerator cannot control how third-party websites incorporate your information into their URLs. Browser Accelerator does NOT analyze the data strings to mine personally identifiable information.

### WHAT DOES BROSWER ACCELERATOR DO WITH MY PERSONALLY IDENTIFYABLE INFORMATION?

All personally identifiable information that is collected is periodically purged from the database and is never used to identify you individually.

### HOW DOES BROWSER ACCELERATOR COLLECT INFORMATION?

We employ various methods for collecting information. We use "cookies" that are needed to compile aggregate non-personally identifiable information about the visitors to our web site. We ask you to voluntarily give us demographic information. This may include but is not limited to: email, age, gender, zip code, country, level of education, and household income. We do not assimilate the information in any other way to attempt to identify you individually.

### HOW DOES BROWSER ACCELERATOR IDENTIFY YOU?

When you download our software, we transmit a unique series of numbers, letters, or characters and store this unique identifier inside your computer's registry under the "HKEY_CURRENT_USER\Software\BrowserAccelerator" key.  This unique toolbar identifier enables Browser Accelerator servers to recognize and identify your computer when you are browsing the Internet. This unique toolbar identifier is required for Browser Accelerator to work and cannot be disabled.

**WHEN DOES BROWSER ACCELERATOR SHARE INFORMATION THAT IT COLLECTS?**

Browser Accelerator does not try to determine the identity of its users or attach their voluntarily provided information with their web usage data. Other than the following described services, Browser Accelerator does not intentionally pass along user information.

When you perform a search using the BrowserAccelerator search-box, you often will be sent to 7MetaSearch.com. BrowserAccelerator transmits your original search term, unique BrowserAccelerator identifier, and IP address to 7MetaSearch.com (an affiliated site).

If you write a Review on the TrustGauge website, the content you submit on the Review form, the URL that you reviewed, and your chosen public nickname often are transmitted to TrustGauge.com and logged at TrustGauge.com (an affiliated site).

When you perform a speed-test, you will be sent to FreeSpeedTest.com. BrowserAccelerator transmits your unique BrowserAccelerator identifier and IP address to FreeSpeedTest.com (an affiliated site).

**WHO INTERNALLY HAS ACCESS TO THE DATA GATHERED?**

Browser Accelerator does employ people in software development and technical areas who may have access to database information to perform their duties. These individuals have gone through rigorous background checks prior to hiring and are intermittently reinvestigated.  Individually, they have agreed not to use any data for purposes other than what Browser Accelerator intends.

**WOULD ANY EXTERNAL PERSON OR ENTITY HAVE ACCESS TO DATABASE INFORMATION?**

Browser Accelerator would cooperate and provide information if required by court order or subpoena.

**HOW ELSE DOES BROWSER ACCELERATOR PROTECT DATA?**

Browser Accelerator employs what is considered to be "Commercially Reasonable Security Safeguards" to protect its network, servers and database against unauthorized access, loss of information, or the inadvertent disclosure of data.

**WHAT WOULD HAPPEN TO MY DATA IF YOU WERE SOLD OR MERGED INTO ANOTHER ORGANIZATION?**

If Browser Accelerator was sold or its assets transferred otherwise, the information collected would be transferred to the acquiring party.  The database information gathered would remain subject to any terms and conditions in place prior to purchase or transfer.

## <u>TERMS OF USE</u>

IT IS IN YOUR BEST INTEREST TO READ THE TERMS OF USE AND ACCOMPANYING LICENSING AGREEMENT VERY CAREFULLY PRIOR TO DOWNLOADING AND USING THE BROWSER ACCELERATOR SOFTWARE. ONCE YOU DOWNLOAD THE BROWSER ACCELERATOR SOFTWARE, YOU WILL BE OBLIGATED BY THESE TERMS AND THE ACCOMPANYING LICENSING AGREEMENT.

This Software License Agreement ("Agreement") for the Browser Accelerator™ Service ("Software") is presented to you by Emergency Twenty Four, Inc. ("EM24"), and is your sole evidence of a licensing agreement between you and EM24. This Software and the following Agreement are only offered to individuals above the age of 18. If you are not 18 or older you must immediately cancel the installation and hit the back button on your browser and exit this site.

EM24 offers free downloadable Software that collects data and other information based on the web pages that the user of the Software visits. EM24 then uses this information to supply statistics to Ranking.com and Trafficranking.com (EM24 owned and operated web sites) subscribers. Based on the web pages you visit we speculate as to the amount of traffic/popularity a particular site has and supply those results to the Ranking.com and Trafficranking.com subscribers.

The Software is stored in your browser under the "lightning bolt" logo. When visiting a web page, the user clicks on the logo containing the data and information that is used to generate our one-click-site-detail reports is then displayed. These reports give various details about the web pages being visited, including but not limited to: The number of unique IP addresses or web traffic visiting the web page, the name of the entity running the web page, and administrative contact information.

GRANT AND TERMS OF LICENSE

Subject to your compliance with the terms and conditions of this Agreement, the EM24 grants to you a personal, nonexclusive, nontransferable, nonassignable right to download, install and use the Software and receive the corresponding information solely for your lawful personal use as permitted under this Agreement. EM24 considers the proprietary Software to be a copyrighted work. All logos, trademarks, and servicemarks including the Browser Accelerator™ and "lighting bolt" button are all the exclusive intellectual property of EM24. The Software may be installed only on (a) computers controlled by you, or (b) a network server allowing only you and other persons who have agreed to the terms and conditions of this Agreement to access the Software and the corresponding information. For illustrative purposes only and not to limit the foregoing, you may not modify, copy, reverse engineer, distribute, or decompile the Software. Additionally, you make one copy of the Software solely for backup purposes only. All rights not previously granted to you are hereby reserved by EM24. This Agreement and the license granted in it shall continue until EM24 announces its termination, and will terminate automatically if you fail to comply with the limitations described in this Agreement. Upon any termination, or if you should give up your personal use and control of the computers on which the Software is installed, you agree to destroy all copies of the Software and any related materials in any form.

CHILDREN'S ONLINE PRIVACY PROTECTION ACT (COPPA)

The Children's Online Privacy Protection Act (COPPA) of 1998 provides safeguards to protect children who use the Internet by regulating the online collection of personal information from children under the age of 13. Because of these safeguards, children under 13 are not able to download this Software or use any accompanying services that EM24 provides. EM24 has taken COPPA one-step further by not allowing anyone under the age of 18 to download this Software or use any related services offered by EM24. Please take note that the Software that EM24 is providing is not directed at children as defined under the Act, but instead, is offered to a general audience. Should EM24 learn that a child as defined under the Act, has been able to download this Software, EM24 will take every reasonable effort to expunge any personally identifiable information that may have been inadvertently collected regarding that child, and immediately try and locate the child's parents/guardians to inform them of the child's Internet related activities.

OTHER OBLIGATIONS AND RESTRICTIONS

By accepting this Agreement, you are stipulating that you met, and as long as you use the Software, will continue to meet the terms and conditions described herein and

accept full responsibility that your use of the Software does not constitute a violation of any rules or laws that you may be subjected to.

WARRANTY DISCLAIMER

YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT YOUR USE OF THE SOFTWARE IS PROVIDED TO YOU BY EM24 ON AN "AS IS" AND "AS AVAILABLE BASIS", WITHOUT ANY

WARRANITES OF ANY KIND, EXPRESS OR IMPLIED. YOU FURTHER AGREE THAT USE OF THIS SOFTWARE IS AT YOUR OWN RISK. DUE TO THE NUMBER OF SOURCES FROM WHICH INFORMATION CONTAINED IN OUR SOFTWARE RELATED REPORTS COMES FROM AND THE INHERENT HAZARDS OF ELECTRONIC DISTRIBUTION, THERE MAY BE DELAYS, OMMISSIONS, OR INACCURACIES IN THE INFORMATION CONTAINED IN OUR REPORTS, AND YOU ACKNOWLEDGE THIS AND ASSUME ALL SUCH RISKS. EM24 AND ITS RESPECTIVE AFFILIATES, AGENTS, LICENSEES AND LICENSORS DO HEREBY DISCLAIM ANY EXPRESS OR IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO, WARRANITES OF MERCHANTIBILITY OR FITNESS FOR A PARTICULAR PURPOSE. WITHOUT LIMITING THE FOREGOING, NEITHER EM24 NOR ANY OF ITS AFFILIATES, AGENTS, LICENCEES, OR LICENSORS WARRANTS THAT THE SOFTARE OR INFORMATION CONTAINED THEREIN IS ACCURATE, COMPLETE, NONINFRINGING, CURRENT, ERROR-FREE, OR OPERATIONAL, THAT THE SOFTWARE WILL BE UNINTERRUPTED, ACCESSIBLE, SECURE, FREE FROM VIRUSES, WORMS, TROJAN HORSES, OR OTHER HARMFUL THINGS.

LIABILITY DISCLAIMER

EM24, NOR ITS AFFILIATES, AGENTS, LICENSEES, OR LICENSORS SHALL BE LIABLE TO YOU OR ANYONE ELSE FOR ANY OF THE FOLLOWING, INCLUDING BUT NOT LIMITED TO, ANY INACCURACY, ERROR OR OMISSION IN, OR LOSS, INJURY OR DAMAGE CAUSED IN WHOLE OR PART BY, OR FAILURES, DELAYS OR INTERRUPTIONS OF THE SOFTWARE, OR THE INFORMATION CONTAINED THEREIN; ANY CONSEQUENTIAL, INCIDENTAL, DIRECT, INDIRECT OR SPECIAL DAMAGES, SUFFERED BY YOU OR ANYONE ELSE, INCLUDING BUT NOT LIMITED TO ANY LOST PROFITS OR TRADING LOSSES ARISING OUT OF OR RELATING TO THE USE OR INABILITY TO USE THE SOFTWARE OR THE INFORMATION CONTAINED THEREIN OR ANY DECISION MADE OR ACTION TAKEN BY YOU IN RELIANCE ON INFORMATION, THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE SOFTWARE

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN WARRANTIES OR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU.

CHANGES TO THIS AGREEMENT

EM24 shall have the right to change the terms and conditions of this Agreement at any time in its sole discretion. Any Such changes shall become effective after notice is posted of such changes on the Browser Accelerator™ website. You are fully and unconditionally responsible for reviewing the notices posted on the Browser Accelerator™ website and any changes that EM24 may make. Your continued use of the Software following such changes will constitute your acceptance of the new terms or changes to this Agreement.

FORUM SELECTION

The applicable laws of the State of Illinois, County of Cook, shall govern this Agreement and you hereby agree to the exclusive jurisdiction of the courts both federal and state sitting in Cook County, Illinois.

MERGER CLAUSE

This Agreement constitutes the entire agreement between all the applicable parties and supersedes and negates all prior or contemporaneous communications or advertising with respect to the Software or the corresponding information contained therein.

SEVERABILITY

If any provision of this Agreement is held unenforceable, void, or unlawful for any reason, that provision shall be deemed severed from this Agreement and shall not affect the intent and validity of the other provisions in this Agreement.

DEFINITIONS

URL: A URL (uniform resource locator) is the entire Web address of a page or document you view when browsing the Internet

IP Address: An IP address (internet protocol) is a group of numbers that is systematically assigned to your computer every time you connect to the Internet. Each time you access a web page or file on the Internet, your IP address is given to the host of that web page or file.

Cookies: A cookie is a file containing data such as characters, numbers, or letters and information concerning the web pages you have visited that is stored on the hard drive of your computer, in order to identify your computer during your use of the Browser Accelerator™ software.

One-click-site-details: One-click-site-details is the page displayed on your screen generated by the Browser Accelerator™ button and corresponding software, that provides specific details about web pages you are visiting, information about related web pages that may be of interest, and marketing information about highlighted key words.

Aggregate Data: Aggregate Data is non-identifiable information from you and other users that tell us a story about the usage of the Internet in general, for example, that X% of clients from a specific zip code visited a certain site.

Personally Identifiable Information: Personally Identifiable information is individually identifiable information such as a first and last name, a home or other physical address including street name and city or town, an e-mail address, a telephone number, or a Social Security number.

Browser Accelerator Unique Identifier: A unique series of numbers, letters, or characters that are stored inside your computer's registry under the "HKEY_CURRENT_USER\Software\BrowserAccelerator" key. This unique toolbar identifier enables Browser Accelerator servers to recognize and identify your computer when you are browsing the Internet

08CV4831
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER
YM

# EXHIBIT

# B

# McAfee® SiteAdvisor™

HOME    DOWNLOAD    SUPPORT    **ANALYSIS**    BLOG    ABOUT US

## 7search.com



**Feedback from credible users suggests that downloads on this site may contain what some people would consider adware, spyware, or other potentially unwanted programs.**

Are you the owner of this site? Leave a comment

Contact information:

| Country | Popularity |
|---|---|
|  United States | Many users |

---

**AUTOMATED WEB SAFETY TESTING RESULTS FOR 7SEARCH.COM**

**E-MAIL TESTS FOR 7SEARCH.COM:** [?]

We found 2 sign-up forms and testing is in progress.

---

**DOWNLOAD TESTS FOR 7SEARCH.COM:** [?]

Privacy policy  |  Terms of service  |  Contact us  |  **McAfee** Home

ALL SITES ARE
McAfee SECURE

**McAfee® SECURE Shopping**    Shop Now >

TESTED DAILY 18-AUG

Want to add your comments? Log in or Register.

Look up a site report:

**McAfee® SECURE Shopping**

Your Secure Shopping Destination with Hundreds of Merchants

Shop Now >

ALL SITES ARE
McAfee SECURE

## ONLINE AFFILIATIONS FOR 7SEARCH.COM: ?

### Linked to green sites

When we visited this site, we found that most of its links are to sites which are safe or have only minor safety/annoyance issues.



## ANNOYANCES FROM 7SEARCH.COM: ?

## REVIEWER AND WEB SITE OWNER COMMENTS

## USER REVIEW SUMMARY FOR 7SEARCH.COM ?

### Risky downloads [Reported]

Feedback from credible users suggests that downloads on this site may contain what some people would consider adware, spyware, or other potentially unwanted programs.

This site is good (0)                          Excessive popups (0)

This site spams (0)                            Phishing or other scams (0)

**Adware, spyware, or viruses (6)**           Bad shopping experience (0)

Browser exploit (0)



**7SEARCH.COM WEB SITE OWNER COMMENTS (0)** [?]

Are you the owner of this site? Add a comment

**USER REVIEWS (6)** [?]

page **1** of **1**

Learn more about our reviewer system.

Rating: Adware, spyware, or viruses

Zango

Posted at 07/31/2008-09:06:17 PM by CheckItNow, Reviewer , View profile [ Reputation score: 0 / 9 ]

Rating: Adware, spyware, or viruses

100% NOT SAFE !!!!!!!!!!!!!!!!

links from fordkar.com

fordkar.com sends visitors to malicious sites via globalhook.net

Posted at 05/24/2008-07:10:37 PM by logicman, Reviewer , View profile [ Reputation score: 9 / 9 ]

Rating: Adware, spyware, or viruses

Definitely not a green site. I checked my calendar and today is not April 1st. The scammers behind this site are the same ones that brought us the 7FaSSt and BrowserAccelerator adware. There is also a link directly to browseraccelerator.com from this site. Incidentally, browseraccelerator.com is already rated RED.

For really good laughs, they also have two sites (validatedsite.com and validatedsites.com) that have a "trusted site" program that is similar in concept to the one available from the BBB and Trust-E. From the site:

"If you are missing out on potential signups, subscriptions or sales because your visitors simply don't trust your online business, make the most of the traffic you are receiving with the Internet Seal of Approval service from ValidatedSite.com."

Of course, we should trust purveyors of adware to grant "seals of approval" for other sites, right? For more information, see:

http://research.sunbelt-software.com/threatdisplay.aspx?threatid=13850
http://research.webroot.com/search.php?serialnumber=59hha
http://research.webroot.com/search.php?serialnumber=CMOTKRLT
http://vil.nai.com/content/v_133749.htm

**Posted at 07/31/2007-01:53:51 PM by dean, Experienced Reviewer**   View profile [ Reputation score: 9 / 9 ]

Rating: Adware, spyware, or viruses

Detected by some AV's as a parasite. This site is also blocked by MVPS

**Posted at 07/14/2007-05:05:07 PM by ColoradoChris, Experienced Reviewer**   View profile [ Reputation score: 9 / 9 ]

Rating: Adware, spyware, or viruses

Warning! Malware! Here is some information from the website excellent spywareguide.com "The addresses of all Explorer windows are passed to the server fstrack.7search.com. This includes the URLs of all web pages visited, pseudo-URLs like 'about:', and the names of folders, images and other objects in local file system. A unique user ID is used to track you across addresses visited. Cookies are also issued if you use the search toolbar." As you can see, this is not very good. I'm afraid I'm suffering from it right now, and the anti-spyware program Spybot - Search and Destroy, cannot remove it no matter how many times I scan and attempt to remove it. I don't even remember downloading it!

**Posted at 06/12/2007-07:25:50 PM by InterwebSafetyDude, Reviewer**   View profile [ Reputation score: 0 / 9 ]

Rating: Adware, spyware, or viruses

Warning! Malware! Here is some information from the website excellent spywareguide.com "The addresses of all Explorer windows are passed to the server fstrack.7search.com. This includes the URLs of all web pages visited, pseudo-URLs like 'about:', and the names of folders, images and other objects in local file system. A unique user ID is used to track you across addresses visited. Cookies are also issued if you use the search toolbar." As you can see, this is not very good. I'm afraid I'm suffering from it right now, and the anti-spyware program Spybot - Search and Destroy, cannot remove it no matter how many times I scan and attempt to remove it. I don't even remember downloading it!

**Posted at 06/12/2007-07:25:18 PM by InterwebSafetyDude, Reviewer**   View profile [ Reputation score: 0 / 9 ]

page **1** of **1**

User Name | User Name

☐ Remember Me?

Password

Log in

Not a reviewer, yet? Register and leave a review of this site.

Get fully protected with McAfee Internet Security Suite.

Home | Download | Analysis | Support | About us | Privacy policy | Terms of service | Site Owner Info | Blog

Pick a language ▶

Copyright © 2008 McAfee, Inc.

08CV4831
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER
YM

# EXHIBIT C





08CV4830
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN
YM

# EXHIBIT

# D







```
08CV4831
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER
YM
```

# EXHIBIT

# E





08CV4831
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER
YM

# EXHIBIT

# F

