## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| 7SEARCH.COM, INC. )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MCAFEE, INC., )<br>)<br>    Defendant. )<br>_____ | **Civil Action No. 1:08-cv-04831**<br><br>Judge Norgle |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, 7Search.com, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action, without prejudice. Dismissal under Rule 41(a)(1) is proper, as defendant has not filed an appearance, answer or other pleading in this matter. Each party to bear its own costs and attorney fees.

DATED: October 20, 2008    Respectfully submitted,

                7SEARCH.COM, INC.


                By: s/ Joseph R. Lanser
                   One of Its Attorneys

Attorneys for Plaintiff:

Joseph R. Lanser
Jeffrey P. Swatzell
SEYFARTH SHAW LLP
131 South Dearborn Street, 24th Floor
Chicago, Illinois 60603-5577
Telephone: 312-460-5000
Facsimile: 312-460-7000
Email: jlanser@seyfarth.com

CH1 11586475.1